JUDGE MICHAEL W. FITZGERALD
SCHEDULE OF PRETRIAL AND TRIAL DATES WORKSHEET

| Case No. | 5:18-cv-00759-MWF-SHK | | | |
|---|---|---|---|---|
| Case Name | James Rutherford v. Autozone - La Quinta, CA et al | | | |

| Matter | | Plaintiff(s)' Date mo / day / year | Defendant(s)' Date mo / day / year | Court Order |
|---|---|---|---|---|
| [ ] Jury Trial or [ ] Court Trial (Tuesday at 8:30 a.m.) Duration Estimate: ___ Days | | 6/4/19 | 6/4/19 | |
| Final Pretrial Conference [LR 16] and Hearing on Motions *In Limine* (Monday at 11:00 a.m. – three (3) weeks before trial date) Motions *In Limine* must be filed three (3) weeks before this date; oppositions are due two (2) weeks before this date; no reply briefs. | | 5/13/19 | 5/13/19 | |

| Event | Weeks Before Trial | Plaintiff(s)' Date mo / day / year | Defendant(s)' Date mo / day / year | Court Order |
|---|---|---|---|---|
| Last Date to Hear Motion to Amend Pleadings / Add Parties | | 10/4/18 | 10/4/18 | |
| Non-Expert Discovery Cut-Off (at least 4 weeks before last date to hear motions) | 18 | 1/29/19 | 1/29/19 | |
| Expert Disclosure (Initial) | | 12/4/18 | 12/4/18 | |
| Expert Disclosure (Rebuttal) | | 1/22/19 | 1/22/19 | |
| Expert Discovery Cut-Off | 14* | 2/1/19 | 2/1/19 | |
| Last Date to *Hear* Motions (Monday at 10:00 a.m.) | 14 | 2/26/19 | 2/26/19 | |
| Last Date to Conduct Settlement Conference | 12 | 3/12/19 | 3/12/19 | |
| For Jury Trial • File Memorandum of Contentions of Fact and Law, LR 16-4 • File Exhibit and Witness Lists, LR 16-5.6 • File Status Report Regarding Settlement • File Motions *In Limine* | 6 | 4/23/19 | 4/23/19 | |
| For Jury Trial • Lodge Pretrial Conference Order, LR 16-7 • File Agreed Set of Jury Instructions and Verdict Forms • File Statement Regarding Disputed Instructions, Verdicts, etc. • File Oppositions to Motions *In Limine* | 5 | 4/30/19 | 4/30/19 | |
| For Court Trial • Lodge Findings of Fact and Conclusions of Law, LR 52, and Summaries of Direct Testimony | 3 | 3/14/19 | 3/14/19 | |

\* The parties may choose to cut off expert discovery prior to MSJ briefing.

ADR [LR 16-15] Selection:

[✓] Attorney Settlement Officer Panel   [ ] Private Mediation   [ ] Magistrate Judge (with Court approval)

EXHIBIT A