JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>AUTOZONE –LA QUINTA, CA, a business entity of unknown form; JANICE B. MORGAN, Trustee of the JANICE B. MORGAN REVOCABLE TRUST dated June 23, 1997; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 5:18-cv-00759-MWF-SHK<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

ORDER
DISMISSAL WITH PREJUDICE

After consideration of the Joint Stipulation for Dismissal of the entire action with Prejudice filed by Plaintiff James Rutherford ("Plaintiff") and Autozone- La Quinta, CA and Janice B. Morgan, Trustee of the Janice B. Morgan Revocable Trust ("Defendants"), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: November 7, 2018

_____
UNITED STATES DISTRICT COURT JUDGE